IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    No. 19-5041-01-CR-SW-SRB

HARLEY WAYNE SCHRADER,

    Defendant.

## UNITED STATES' MOTION TO FILE ITS MOTION TO DETAIN UNDER SEAL

The United States of America, through Timothy A. Garrison, United States Attorney for the Western District of Missouri, and by the undersigned Assistant United States Attorney requests leave from the Court to file its motion to detain under seal. In support of its motion, the Government offers the following suggestions:

1. The defendant has been charged with four counts of sexual crimes against minor victims, who are identified as Jane Doe 1 and Jane Doe 2 in the superseding indictment. (Doc. 1.)

2. This Court has set a detention hearing in this case for September 10, 2019.

3. The Government's motion to detain will contain sensitive details regarding the minor victims.

4. Consequently, the Government is requesting permission to file its motion to detain under seal.

**WHEREFORE**, the United States requests a leave to file it motion to detain under seal.

                                        Respectfully submitted,

                                        Timothy A. Garrison
                                        United States Attorney

        By     */s/ Ami Harshad Miller*
                         Ami Harshad Miller
                         Assistant United States Attorney
                         Missouri Bar No. 57711
                         901 St. Louis Street, Ste. 500
                         Springfield, Missouri 65802

### *CERTIFICATE OF SERVICE*

       The undersigned hereby certifies that a copy of the foregoing was delivered on September 9, 2019, to the CM-ECF system of the United States District Court for the Western District of Missouri for electronic delivery to all counsel of record.

                                          */s/ Ami Harshad Miller*
                                          Ami Harshad Miller
                                          Assistant United States Attorney